UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM ERIC GREEN, | ) | |
| Movant, | ) | |
| v. | ) | 6:13-cv-77 |
| UNITED STATES OF AMERICA, | ) | 6:02-cr-8-1 |
| Respondent. | ) | |

## ORDER

Before the Court is William Green's notice of appeal, which the Court construes as an application for a certificate of appealability ("COA"), *see Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997), ECF No. 9, and Green's Motion To Proceed In Forma Pauperis ("IFP"). ECF No. 10. The Court **GRANTS** both motions for the reasons outlined in the Magistrate Judge's Report and Recommendation, subsequently adopted as the opinion of the Court. See ECF Nos. 2; 5. Green's COA extends to the following issues:

1. Whether *Stewart v. United States*, 646 F.3d 856 (11th Cir. 2011), justifies equitable tolling of 28 U.S.C. § 2255(f)'s one year statute of limitations given Green's diligent pursuit of his claims both pre- and post-Stewart.

2. Whether the Stewart decision itself constitutes a new fact that restarts the one year limitations period.

The 25 day of September, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA