ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL -9 PM 3: 44
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| WILLIAM ERIC GREEN, | |
| Petitioner, | |
| vs. | CIVIL ACTION NO. CV 613-077 (underlying case CR 602-008) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

O R D E R

On July 2, 2015, this Court appointed Mr. Ross W. Bergethon of Atlanta, Georgia, to represent Petitioner William Eric Green upon remand of the case from the Eleventh Circuit Court of Appeals. Mr. Bergethon has now informed the Court that he is unable to accept the appointment because of a new position of employment.

Upon due consideration, the appointment of Mr. Bergethon as counsel is **VACATED**. Further, the Court hereby defers the matter to the Honorable G.R. Smith, United States Magistrate Judge, for screening of the complaint and consideration of whether counsel need be appointed to represent Mr. Green.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE