# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

WILLIAM ERIC GREEN,　　　　)
　　　　　　　　　　　　　　)
　　　　Movant,　　　　　　　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)　　CIVIL ACTION NO.
　　　　　　　　　　　　　　)　　CV613-077
UNITED STATES OF AMERICA,　)　　[underlying case CR602-008]
　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　)

## ORDER

Upon remand of this case from the Eleventh Circuit, the assigned district judge has determined that William Eric Green's 28 U.S.C. § 2255 motion is timely filed and will be considered on the merits. Doc. 24. The government therefore is DIRECTED to file a response addressing the merits of Green's motion within 30 days. Green may file a reply brief within 14 days after the filing of the government's merits brief.

**SO ORDERED** this _14TH_ day of July, 2015.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**