AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

WILLIAM ERIC GREEN,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV613-077
CR602-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 8, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 28 U.S.C. § 2255 petition is DENIED and this case is CLOSED.

October 8, 2015
*Date*



Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03